IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02355-LTB

WILLIAM LEE LORNES, also known as
WILLIAM LEE LORNES THE III,

    Plaintiff,

v.

DISTRICT ATTERNEY [sic] CHRISTINE A. WASHBURN,

    Defendant.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on October 19, 2012, it is hereby

    ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

    DATED at Denver, Colorado, this 19 day of October, 2012.

                                        FOR THE COURT,

                                        JEFFREY P. COLWELL, Clerk


                                        By: s/L. Gianelli
                                              Deputy Clerk